ACCEPTED
03-14-00737-CV
4608051
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 4:21:47 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-CV

# In the Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 4:21:47 PM
JEFFREY D. KYLE
Clerk

———————————————————————————————

CHASE CARMEN HUNTER
*Appellant*,

v.

ELEANOR KITZMAN, JULIA RATHGEBER, AND THE TEXAS
DEPARTMENT OF INSURANCE
*Appellees*.

———————————————————————————————

On Appeal from the 250th Judicial District Court
Cause No. D-1-GN-13-001957
Travis County, Texas

———————————————————————————————

## APPELLEES' MOTION FOR EXTENSION
## OF TIME TO FILE BRIEF

———————————————————————————————

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Pursuant to Rules 10.5 and 38.6(d) of the Texas Rules of Appellate Procedure,
Appellees Eleanor Kitzman, Julia Rathgeber, and the Texas Department of Insurance,
("Appellees"), move to extend the time to file the appellees' brief by seven (7) days,
from the current deadline of March 23, 2015, to March 30, 2015.

I.

Appellees' brief is currently due March 23, 2015.  The undersigned counsel
respectfully requests a 7-day extension of time to file Appellees' Brief, such that it

would instead be due on March 30, 2015. No extensions in this matter have previously been sought by Appellees.

## II.

This extension is necessary because during the 31-day period during for preparing appellee's brief, the undersigned counsel has (1) prepared the reply brief on the merits for Petitioners in *Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of The State of Texas v. Titan Transportation, LP*,  No. 14-0307, filed with the Texas Supreme Court on February 24, 2015; (2) filed a waiver of response in No. 14-8131, *Chase Carmen Hunter v. Andrew Boron, Illinois Department of Insurance, National Association of Insurance Commissioners, National Insurance Producer Registry, Eleanor Kitzman, individually and in her official capacity, Julia Rathgeber, individually and in her official capacity, and the Texas Department of Insurance*, pending  in the Supreme Court of the United States, filed on February 26, 2015; (3) assisted with the preparation for oral argument in *W. Robert Brown v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of The State of Texas*, No. 03-14-00492-CV, in the Third Court of Appeals (argued by Mr. Eldred on March 11, 2015); and (4) attended to extensive legislative duties as the legislative liaison for her division at the Attorney General's office.  Appellees seek this extension of time not for delay, but in order to adequately prepare a brief that will assist this Court in deciding the issues presented by this appeal.

III.

Appellees respectfully request that this Court grant this motion and extend the deadline for filing Appellees' Brief to March 30, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts
Division

*/s/ Cynthia A. Morales*
Cynthia A. Morales
Assistant Attorney General
Texas State Bar No. 14417420
Financial Litigation, Tax, and Charitable Trusts
Division P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-4470 Phone
(512) 477-2348 Fax
cynthia.morales@texasattorneygeneral.gov

***Counsel for Appellees***

## CERTIFICATE OF CONFERENCE

I certify that on March 23, 2015, I attempted to confer with Appellant by telephone and left a message, but was unable to reach Appellant.


*/s/ Cynthia A. Morales*
CYNTHIA A. MORALES


## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, the above and foregoing *Appellees' Motion for Extension of Time to File Brief* was filed and served by fax and email on:

Chase Carmen Hunter
340 S. Lemon Avenue #9039
Walnut, CA 91789
chase_hunter@yahoo.com
Fax: (703) 997-5999


*/s/ Cynthia A. Morales*
CYNTHIA A. MORALES